**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CHARLES MUTICH,                                      )
                                                     )  Civil Action No.  2:25-cv- 01168
                        *Plaintiff*,                 )
                                                     )
            vs.                                      )
                                                     )
CONSOLIDATED WELLSITE SERVICES,                      )  Filed Electronically
LLC,                                                 )
                                                     )
                        *Defendant.*                 )

## NOTICE OF SUBSTITUTION OF APPEARANCE

Kindly substitute the appearance of Elizabeth A. Murphy, Esq. of Workers' Rights Law Group, LLP for that of Erik M. Yurkovich, as counsel of record for Plaintiffs in the above-captioned matter.

Respectfully submitted,

**THE WORKERS' RIGHTS LAW GROUP, LLP**

Date:  September 29, 2025          By: */s/ Elizabeth A. Murphy*

Elizabeth A. Murphy, Esq. (Pa. I.D. No. 334769)

The Workers' Rights Law Group, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.9592
Facsimile: 412.991.7510
elizabeth@workersrightslawgroup.com

*Counsel for Plaintiff, Charles Mutich*

## CERTIFICATE OF SERVICE

I hereby certify that September 29, 2025, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.  Parties may access this filing through the Court's system.

By: */s/ Elizabeth A. Murphy*
Elizabeth A. Murphy, Esq.
Pa. I.D. No. 334769